```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
HINDS COUNTY, MISSISSIPPI,          :
                                    :   08 Civ. 2516 (VM)
                    Plaintiff,      :
                                    :
      -  against  -                 :
                                    :
WACHOVIA BANK N.A. et. al.,         :
                                    :
                    Defendants.     :
------------------------------------X
----------------------------------- X
WASHINGTON COUNTY, TENNESSEE,       :
                                    :   08 Civ. 6304 (VM)
                    Plaintiff,      :
                                    :
      -  against  -                 :
                                    :
BANK OF AMERICA, et. al.,           :
                                    :
                    Defendants.     :
------------------------------------X
----------------------------------- X
CITY OF OAKLAND, CALIFORNIA,        :
                                    :   08 Civ. 6340 (VM)
                    Plaintiff,      :
                                    :
      -  against  -                 :
                                    :
AIG FINANCIAL PRODUCT CORP.,        :
                                    :
                    Defendants.     :
------------------------------------X
----------------------------------- X
CENTRAL BUCKS SCHOOL DISTRICT,      :
                                    :   08 Civ. 6341 (VM)
                    Plaintiff,      :
                                    :
      -  against  -                 :
                                    :
BANK OF AMERICA, NA,                :
                                    :
                    Defendant.      :
------------------------------------X
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-08
```

```
------------------------------------X
CENTRAL BUCKS SCHOOL DISTRICT,      :
                                    :     08 Civ. 6342 (VM)
                    Plaintiff,      :
                                    :
    - against -                     :           ORDER
                                    :
WACHOVIA BANK, N.A. et. al.,        :
                                    :
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the five cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert similar claims arising out of the same or substantially similar actions against all or most of the same defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the five cases captioned above for all purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 2516; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered cases, 08 Civ. 6304, 08 Civ. 6340, 08 Civ. 6341, and 08 Civ. 6342 as separate actions and remove them from the Court's database of open cases.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         21 July 2008

                                               Victor Marrero
                                                U.S.D.J.